## PEDDERSEN v. STATE.
### No. 26491.

Court of Criminal Appeals of Texas.
June 17, 1953.

No attorney on appeal for appellant.

William H. Scott, Crim. Dist. Atty., King C. Haynie, Asst. Crim. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court of the offense of robbery, appellant's punishment was fixed at twenty years in the penitentiary.

No statement of facts or bills of exception accompany the record.

The proceedings necessary to waive trial by jury and to enter a plea of guilty before the court appear to have been complied with.

The judgment is affirmed.

Opinion approved by the court.